IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JAMES DREW,<br><br>Defendant. | 4:22-cr-00038-SHL-HCA |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered a plea of guilty to a lesser included offense under Count 1 and Count 2 of the Indictment and stipulate to the Forfeiture count. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowing and voluntary as to each count, and that the offenses charged and forfeiture are supported by an independent factual basis concerning each of the essential elements of such offenses. Defendant understands and agrees to be bound by the terms of the plea agreement. I, therefore, recommend that the pleas of guilty be accepted, a judgment of forfeiture is entered, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: March 24, 2023

CELESTE F. BREMER
U.S. MAGISTRATE JUDGE

<u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).